ACIE C. CLARK, Indiv. and on Behalf of All Others Similarly Situated, Plaintiff-Appellee, v. TAP PHARMACEUTICAL PRODUCTS, INC., *et al.*, Defendants-Appellants.

Fifth District   No. 5—02—0101

Opinion filed June 4, 2002.—Rehearing denied July 10, 2002.

The opinion *Clark v. TAP Pharmaceutical Products, Inc.*, No. 5—02—0101, filed June 4, 2002, was vacated pursuant to a supervisory order of the Illinois Supreme Court entered October 2, 2002.

The opinion *Clark v. TAP Pharmaceutical Products, Inc.*, No. 5—02—0101, filed June 4, 2002, was vacated pursuant to a supervisory order of the Illinois Supreme Court entered October 2, 2002.

The opinion *Clark v. TAP Pharmaceutical Products, Inc.*, No. 5—02—0101, filed June 4, 2002, was vacated pursuant to a supervisory order of the Illinois Supreme Court entered October 2, 2002.

The opinion *Clark v. TAP Pharmaceutical Products, Inc.*, No. 5—02—0101, filed June 4, 2002, was vacated pursuant to a supervisory order of the Illinois Supreme Court entered October 2, 2002.

The opinion *Clark v. TAP Pharmaceutical Products, Inc.*, No. 5—02—0101, filed June 4, 2002, was vacated pursuant to a supervisory order of the Illinois Supreme Court entered October 2, 2002.

The opinion *Clark v. TAP Pharmaceutical Products, Inc.*, No. 5—02—0101, filed June 4, 2002, was vacated pursuant to a supervisory order of the Illinois Supreme Court entered October 2, 2002.

ALICIA   PETTIGREW   Plaintiff-Appellant,   v.   ALLEN   PUTTERMAN, Defendant-Appellee.

First District (1st Division)   No. 1—01—0610

Opinion filed May 28, 2002.